AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Animal Legal Defense Fund,
Lisa Dowell, and
Christina Manos-Bocek

*Plaintiff(s)*

v.

Brooke Rollins in her capacity as Secretary of Agriculture, U.S Deparment of Agriculture, and Food Safety and Inspection Service

*Defendant(s)*

Civil Action No. 25-461

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward R. Martin, Jr.
Interim U.S. Attorney for the District of Columbia
United States Attorney's Office
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel Waltz
Animal Legal Defense Fund
611 Pennsylvania Ave SE #484
Washington, DC 20003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 2/19/2025

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-461

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edward Martin, Jr., U.S. Attorney for the District of Columbia was received by me on *(date)* February 19, 2025.

☒ I personally served the summons on the individual at *(place)* the email designed to accept service for the U.S. Attorney, which is USADC.ServiceCivil@usdoj.gov on *(date)* Feb. 19, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Feb. 24, 2025

*Server's signature*

Daniel Waltz, Managing Attorney at Animal Legal Defense Fund
*Printed name and title*

611 Pennsylvania Avenue SE #484
Washington, DC 20003
*Server's address*

Additional information regarding attempted service, etc:

See attached next page for email confirming receipt.

# Daniel Waltz

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Saturday, February 22, 2025 9:11 AM |
| **To:** | Daniel Waltz |
| **Subject:** | RE: Animal Legal Defense Fund et al. v. Rollins et al., 25-cv-00461-ACR |

Your service package has been received and accepted with a service date of February 19, 2025.  Thank you.

---

**From:** Daniel Waltz <dlutz@aldf.org>
**Sent:** Wednesday, February 19, 2025 4:52 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Animal Legal Defense Fund et al. v. Rollins et al., 25-cv-00461-ACR

Dear U.S. Attorney's Office:

Please see attached for service of the summons on the U.S. Attorney, the Complaint, and the Civil Cover Sheet, which plaintiffs recently filed in the case identified in the above subject line. This email service is pursuant to the US Attorney's Office Civil Division website, at https://www.justice.gov/usao-dc/civil-division.

Please let me know if there are any issues with this service.

Thank you,
Daniel Waltz


Daniel Waltz (he/him) | Managing Attorney
Animal Legal Defense Fund | aldf.org
dwaltz@aldf.org | (707) 795-2533 ex.1066



CONFIDENTIALITY NOTICE: The information contained in this message together with any and all attachments is intended only for the addressee or addressee's authorized agent. The message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please notify the sender by telephone and return the original and any copies of the message by mail to the sender at the address stated above.